#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| BRENNAN LANDY, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 1:19-cv-06830 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| ALLSTATE INSURANCE COMPANY, | ) ) | Hon. Judge Harry D. Leinenweber Hon. Mag. Judge Gabriel A. Fuentes |
| Defendant. | ) | |

### STIPULATION OF DISMISSAL

The parties to this case stipulate to dismissal of this action with prejudice as to the named plaintiff, and without prejudice as to the putative, uncertified class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own fees, costs, and expenses.

Dated: May 12, 2020

ALLSTATE INSURANCE COMPANY

By: */s/ Lewis S. Wiener*
    Lewis S. Wiener
    EVERSHEDS SUTHERLAND (US) LLP
    700 Sixth Street, NW, Suite 700
    Washington, DC 20001-3980
    Telephone: (202) 383-0140
    lewiswiener@eversheds-sutherland.com

    Francis X. Nolan, IV
    EVERSHEDS SUTHERLAND (US) LLP
    1114 Avenue of the Americas, 40th Floor
    New York, NY 10036
    Telephone: (212) 389-5083
    franknolan@eversheds-sutherland.com

    Robert D. Owen
    Timothy J. McCaffrey
    EVERSHEDS SUTHERLAND (US) LLP
    900 N. Michigan Ave., Suite 1000

Stipulated to and respectfully submitted,

BRENNAN LANDY

By: */s/ Alexander H. Burke*
    Alexander H. Burke
    Daniel J. Marovitch
    BURKE LAW OFFICES, LLC
    155 N. Michigan Ave., Suite 9020
    Chicago, IL 60601
    Telephone: (312) 729-5288
    aburke@burkelawllc.com
    dmarovitch@burkelawllc.com

    *Counsel for Plaintiff*

Chicago, IL 60611
Telephone: (312) 724-9006
robertowen@eversheds-sutherland.com
timmccaffrey@eversheds-sutherland.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of the Court, using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

                                                     */s/ Alexander H. Burke*