# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Brennan Landy

                      Plaintiff,

v.                                            Case No.: 1:19−cv−06830
                                                             Honorable Harry D. Leinenweber

Allstate Insurance Company

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 21, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: A stipulation of dismissal having been filed, this case is dismissed with prejudice as to the named plaintiff, and without prejudice as to the putative, uncertified class, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party bearing its own fees, costs, and expenses. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.